# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KELVIN J. ROBBINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV414-279 |
| UNIVERSAL MUSIC GROUP, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Kelvin Robbins is back before the Court with yet another in a long series of frivolous copyright infringement lawsuits. *See Robbins v. Universal Music Group*, CV414-230 doc. 4 at 3 (S.D. Ga. Oct. 27, 2014) ("Robbins is a man with a delusional and disturbed mind who believes that musicians, record companies, and the federal courts are depriving him of vast sums of money to which he is entitled."), *adopted*, doc. 10 at 2 (deeming him an "out-of-control serial filer" and directing the Clerk to forward all future cases to the presiding judge; then, if there is no written order within 30 days, return those filings to plaintiff and implement "automatic dismissal" of each new case). Robbins moves for

leave to proceed *in forma pauperis* (IFP). Doc. 2. He also moves for summary judgment. Doc. 3.

Because Robbins filed this case before the *Universal Music Group* adoption order (in CV414-230) directing the "30-day-review" process, it is not a "new" case and thus will not be so processed. Nevertheless it is still frivolous on its face. For jurisdictional purposes only, then, the Court **GRANTS** the IFP motion (doc. 2) but advises dismissal with prejudice, thus mooting plaintiff's summary judgment motion, doc. 3.

**SO REPORTED AND RECOMMENDED** this 21st day of January, 2015.

                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA